

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD BETHEA : CIVIL ACTION

v. :

DISTRICT ATTORNEY OF THE
COUNTY OF PHILADELPHIA, et al. : NO. 17-2237

FILED
JUL 1 9 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 18th day of July, 2018, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's claims are **DISMISSED** as barred by the statute of limitations, 28 U.S.C. § 2244(d); and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
PETRESE B. TUCKER,       J.